JOHN J. PHELAN, as Receiver of the AMERICAN FUR COMPANY, Respondent, *v.* J. MURRAY DOWNS, Individually and as Referee, et al., Appellants.

*Phelan* v. *Downs,* 59 App. Div. 282, affirmed.
(Argued January 16, 1903; decided January 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 30, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*J. Newton Fiero* for appellants.

*Lewis E. Carr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.